IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-02769-WYD-CBS

BROADCAST MUSIC, INC.;
EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC;
MYAT PUBLISHING;
R2M MUSIC LUX SARL d/b/a R2M MUSIC;
CYANIDE PUBLISHING,

    Plaintiffs,

v.

4501 VIRGINIA LLC d/b/a THE SANGRIA LOUNGE a/k/a SANGRIA'S;
JERARDO RAMIREZ; and
JUANA RAMIREZ, each individually.

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation for Dismissal (ECF No. 16), filed March 11, 2011.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and that this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that the Stipulation for Dismissal (ECF No. 16) is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated: March 14, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge